**Order filed September 3, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00645-CV
_____

### CRYSTAL DOLGENER, Appellant

### V.

### STEVEN DOLGENER, Appellee

---

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2019-27998**

---

## ORDER

Appellant's brief discloses the names of a persons who were minors when the underlying suit was filed. *See* Tex. R. App. P. 9.9(a)(3). Accordingly, the brief is stricken.

Appellant is ordered to file a brief that complies with Texas Rule of Appellate Procedure 9.9 on or before **September 14, 2020.**

PER CURIAM

Panel Consists of Justices Spain, Hassan, and Poissant.